AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| COREY SINGLETON | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  20 CV 6274 FB-RML |
| | ) | |
| THE CHEESECAKE FACTORY RESTAURANTS, | ) | |
| INC., KATHERINE WRIGHT, Individually and in Her | ) | |
| Official Capacity, JONATHAN JACOBS, a.k.a. JP, | ) | |
| Individually and in his Official Capacity, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   THE CHEESECAKE FACTORY RESTAURANTS, INC., c/o Corporation Service
Company, 80 State St. Albany, New York, 12207
KATHERINE WRIGHT, 90-15 Queens Blvd., Queens, NY 11373
JONATHAN JACOBS, 90-15 Queens Blvd., Queens, NY 11373

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   COHEN & FITCH LLP
110 E. 59th St., Suite 3200
New York, NY 10022

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: **12/28/2020**

*s/Kimberly Davis*

*Signature of Clerk or Deputy Clerk*